IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ALAN DOERING**
**ADC #106115**                                                                        **PLAINTIFF**

**v.**                          **No. 2:19-cv-156-DPM-JTR**

**RORY GRIFFIN, Deputy Director, ADC,** *et al.*           **DEFENDANTS**

## ORDER

Doering's embedded motion to voluntarily dismiss Defendant Clark, *Doc. 46 at 4*, is granted. Doering's claims against Clark are dismissed without prejudice.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

   14 April 2021