# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

ALAN DOERING
ADC #106115                                                                          PLAINTIFF

v.                          No. 2:19-cv-156-DPM-JTR

RORY GRIFFIN, Deputy Director, ADC, et al.            DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Ray's unopposed partial recommendation, *Doc. 61*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). The remaining ADC Defendants' second motion to dismiss, *Doc. 43*, is denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 May 2021