## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**ALAN DOERING**
**ADC #106115**                                                                                 **PLAINTIFF**

**v.**                                         **No. 2:19-cv-156-DPM**

**RORY GRIFFIN, Deputy Director, ADC, *et al.***          **DEFENDANTS**

### ORDER

**1.** On *de novo* review, the Court adopts Magistrate Judge Ray's partial recommendation, *Doc. 96*, and overrules Doering's objection, *Doc. 97*. FED. R. CIV. P. 72(b)(3). Motions for partial summary judgment, *Doc. 81 & 84*, granted. Doering's claims against Andrews, Beale, Smith, Bell, Troop, Griffin, and Straughn will be dismissed without prejudice for failure to exhaust. They will be dismissed as defendants in this case. Doering exhausted his deliberate indifference claims against Harris and Graham in grievance EAM19-02358 and against Harris in grievance EAM19-02367. Those claims go forward. Doering's remaining claims against Harris and Graham will be dismissed without prejudice for failure to exhaust.

**2.** Doering's claims against Correct Care Solutions, Rechcigl, Davis, Steinbarger, and Kimble will be dismissed without prejudice for failure to exhaust and they will be dismissed as defendants in this case. Doering fully and properly exhausted grievance EAM19-02358 as to Drummond, and grievance EAM19-02398 as to Moody. His inadequate

medical care claims against them go forward. Doering's remaining claims against Drummond and Moody are dismissed without prejudice for failure to exhaust.

So Ordered.

_D.P. Marshall Jr._
United States District Judge

16 September 2022