# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

ALAN DOERING
ADC #106115                                                           PLAINTIFF

v.                        No. 2:19-cv-156-DPM

FRANK LERON GRAHAM,
Lieutenant, Brickey's Unit;
CIMONYAE HARRIS,
Correctional Officer, Brickey's
Unit; PATRICK DRUMMOND,
APN, Brickey's Unit; and
MOODY, APN, Brickey's Unit                                            DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Ray's recommendation, Doc. 146, and overrules Doering's objections, Doc. 149. Fed. R. Civ. P. 72(b)(3). The defendants' motions for summary judgment, Doc. 123 & 126, are granted. Doering's motion for summary judgment, Doc. 114, is denied.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 March 2023