IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ALAN DOERING**
**ADC #106115**                                                                                    **PLAINTIFF**

v.                                    No. 2:19-cv-156-DPM

**RORY GRIFFIN, Deputy Director, ADC,** *et al.*           **DEFENDANTS**

ORDER

Motion, *Doc. 162*, is granted. Michelle Odum is relieved as counsel for Drummond and Moody.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 September 2023